IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 12-88-RGA |
| ADVANCED STORES COMPANY, et al., | : | |
| Defendants. | : | |

**MEMORANDUM ORDER**

Before the Court is a motion to dismiss for failure to state a claim. (D.I. 15). The motion seeks dismissal of all claims of indirect infringement. The matter is fully briefed. For the reasons stated in a Memorandum Order issued this day in *Pragmatus Telecom, LLC v. Ford Motor Co.*, No. 12-92-RGA, IT IS HEREBY ORDERED this 5th day of July 2012, that:

1. The Defendants' Motion to Dismiss is **GRANTED**. The claims of indirect infringement are **DISMISSED WITHOUT PREJUDICE**. While it is true that the Plaintiff has previously amended its complaint, this would be the first time in response to a court order. Thus, the Plaintiff is granted **LEAVE TO AMEND** its complaint no later than July 20, 2012.

United States District Judge