IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No.: 12-088-RGA |
| v. | ) |
| | ) |
| ADVANCE STORES COMPANY, | ) |
| INCORPORATED AND E-ADVANCE, LLC | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Pragmatus Telecom, LLC ("Pragmatus") and Defendants Advance Stores Company, Incorporated and E-Advance, LLC (collectively "Advance Stores") (jointly the "Parties") hereby stipulate and agree that the above-captioned action is dismissed. The Parties stipulate that Pragmatus's claims against Advance Stores based upon Advance Stores' use of LivePerson technology are DISMISSED WITH PREJUDICE and that Pragmatus's claims against Advance Stores based on Advance Stores' use of non-LivePerson technology are DISMISSED WITHOUT PREJUDICE. Additionally, Advance Stores reserves its rights to assert any and all defenses to any future claims of infringement of the asserted patents by use of technology other than LivePerson technology. Pragmatus and Advance Stores further stipulate and agree that each party shall bear its own costs, expenses, and attorneys' fees.

01:14971241.1

| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/Michael J. Farnan* | */s/Monté T. Squire* |
| Brian E. Farnan (No. 4089) | Melanie K. Sharp (No. 2501) |
| Michael J. Farnan (No. 5165) | Monté T. Squire (No. 4764) |
| 919 N. Market Street | Robert M. Vrana (No. 5666) |
| 12th Floor | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 777-0300 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |
| DINOVO PRICE ELLWANGER & | (302) 571-6681 |
| HARDY LLP | msharp@ycst.com |
| Andrew G. DiNovo | |
| Adam G. Price | PROSKAUER ROSE LLP |
| Chester J. Shiu | Steven M. Bauer |
| 7000 N. MoPac Expressway, Suite 350 | Kimberly A. Mottley |
| Austin, TX 78731 | One International Place |
| (512) 539-2626 | Boston, MA 02110-2600 |
| | (617) 526-9600 |
| *Attorneys for Pragmatus Telecom, LLC* | |
| | *Attorneys for Advance Stores Company, Incorporated and E-Advance, LLC* |

Dated: February 6, 2014

SO ORDERED THIS _____ day of _____, 2014.

_____
United States District Judge

01:14971241.1